■ T & L ASSOCIATES, INC., Plaintiff, v CARRIER CORPORATION, Respondent, and GOLD COAST CHEMICAL CORPORATION et al., Appellants. (Appeal No. 1.) [603 NYS2d 786] —Appeal from order by Gold Coast Chemical Corporation unanimously dismissed without costs *(see, Town of Massena v Niagara Mohawk Power Corp.,* 45 NY2d 482, 488; *Matter of Brown v Starkweather,* 197 AD2d 840, *lv denied* 82 NY2d 653; *see also,* CPLR 5511) and order affirmed with costs. (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Dismiss Counterclaim.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ T & L ASSOCIATES, INC., Plaintiff, v CARRIER CORPORATION, Respondent, and GOLD COAST CHEMICAL CORPORATION et al., Appellants. (Appeal No. 2.) [603 NYS2d 786] —Appeal from order by Trout Associates, Inc., and Eli Finkelberg unanimously dismissed without costs *(see, Town of Massena v Niagara Mohawk Power Corp.,* 45 NY2d 482, 488; *Matter of Brown v Starkweather,* 197 AD2d 840, *lv denied* 82 NY2d 653; *see also,* CPLR 5511) and order affirmed with costs. (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Summary Judgment.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.